**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00725-CR

**CRAIG LADARIUS THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-70706-T**

## ORDER

The Court **REINSTATES** the appeal.

On October 16, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Bruce Kaye; (3) the record was incomplete because it did not contain a copy of appellant's letter; (4) the letter from appellant is included in the supplemental clerk's record with the findings and (5) a supplemental clerk's record was filed that contains a corrected judgment. Because appellant's brief was originally due on August 9, 2014 and counsel has already been granted two extensions of time to file the brief, we **DO NOT ADOPT** the finding that counsel should be given an additional forty-five days to file appellant's brief.

We **ORDER** appellant to file his brief within **TWENTY-ONE DAYS** of the date of this order. No further extensions will be granted. If the brief is not filed by that date, the Court will utilize the available remedies to obtain appellant's brief, which may include ordering that Bruce Kaye be removed as appellate counsel and ordering the trial court to appoint new counsel to represent appellant on appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court, and to counsel for all parties.

/s/ ADA BROWN
JUSTICE